NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMSTED RAIL COMPANY, INC., ASF-K DE MEXICO S. DE R.L. DE C.V., STRATO, INC., TTX CO.,**
*Plaintiffs-Appellants*

**WABTEC CORPORATION,**
*Plaintiff*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION, ACTING SECRETARY TO THE UNITED STATES INTERNATIONAL TRADE COMMISSION KATHERINE M. HINER, in her official capacity, COALITION OF FREIGHT COUPLER PRODUCERS,**
*Defendants-Appellees*

---

2023-1355

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00307-GSK, Judge Gary S. Katzmann.

---

**ON MOTION**

---

Before TARANTO, *Circuit Judge*.

# O R D E R

The appellants move to expedite briefing and oral argument in this appeal. The appellees oppose, and Coalition of Freight Coupler Producers moves for leave to redact more than 15 words in its opposition.

While the appellants may, of course, self-expedite the filing of their briefs, they have not made a sufficient showing to shorten the time for the appellees. The parties, however, should not anticipate extensions of time, and the case will be placed on the next available oral argument calendar after briefing is complete.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to expedite is denied to the extent provided above.

(2) Coalition of Freight Coupler Producers' motion is granted.

FOR THE COURT

January 23, 2023              /s/ Peter R. Marksteiner
      Date                    Peter R. Marksteiner
                              Clerk of Court