No. 2023-1355

IN THE

# United States Court of Appeals
## FOR THE FEDERAL CIRCUIT

———————————

**AMSTED RAIL COMPANY, INC.,
ASF-K DE MEXICO S. DE R.L. DE C.V.,
STRATO, INC., and TTX COMPANY,**

**Plaintiffs-Appellants,**

**and**

**WABTEC CORPORATION,**

**Plaintiff,**

**v.**

**UNITED STATES INTERNATIONAL TRADE COMMISSION
and ACTING SECRETARY KATHERINE M. HINER,
in her official capacity, and COALITION OF FREIGHT COUPLER
PRODUCERS,**

**Defendants-Appellees.**

———————————

**On Appeal from the United States Court
of International Trade, Case No. 22-00307,
Judge Gary S. Katzmann**

———————————

**COALITION OF FREIGHT COUPLER PRODUCERS' CORRECTED
PARTIAL CONSENT MOTION TO WAIVE CONFIDENTIALITY WORD
COUNT REQUIREMENT**

———————————

Daniel B. Pickard
Claire M. Webster
BUCHANAN INGERSOLL & ROONEY PC
1700 K St. N.W., Suite 300
Washington D.C. 20006-3807
(202) 452-7900

Amanda L. Wetzel
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 South 16th St., Suite 3200
Philadelphia, PA 19102
(215) 665-8700

*Counsel for Defendant-Appellee*
*Coalition of Freight Coupler Producers*

**INTRODUCTION**

Defendant-Intervenor-Appellee, Coalition of Freight Coupler Producers, pursuant to Federal Circuit Rule 25.1(d)(3), hereby moves this Court to waive the confidential word count requirement for its Response Brief. Pursuant to Federal Circuit Rule 25.1(d)(1)(A), each motion, petition, response, reply, or brief may mark as confidential up to fifteen unique words. Defendant-Intervenor-Appellee's Response brief marks as confidential 65 unique words that have not previously been afforded confidential treatment in this proceeding. Defendant-Appellees, the U.S. International Trade Commission ("USITC") and Acting Secretary to the USITC Katherine M. Hiner, in her official capacity, have indicated their consent to this motion. As discussed below, Appellants have indicated that they "take no position on the motion" regarding the request for confidential treatment.

**ARGUMENT**

Defendant-Intervenor-Appellee respectfully submits that good cause exists for this waiver. The relevant information contained herein refers to certain identifying information and communications, which were covered by the Protective Order in the originating case. *See* ECF No. 53.

The Joint Protective Order from the case below specifies that "Material designated as Proprietary Information shall be treated as such by the parties until

1

the Court has determined or ordered otherwise." *Id.* This is consistent with Federal Circuit Rule 25.1(c)(1), which states that, "In general, any portion of the record that was subject to a protective order in the trial court or agency must remain subject to that order on appeal or review." Defendant-Intervenor-Appellee treats this information as confidential in order to ensure compliance with the Joint Protective Order. *See* FED. CIR. R. 25.1(c)(1).

As required by Rule 27(a)(2) of the Rules of this Court, counsel for Defendant-Intervenor-Appellee has consulted with the parties to this action in order to determine whether they will consent or object to the motion. Counsel for the U.S. International Trade Commission and Acting Secretary to the USITC Katherine M. Hiner, in her official capacity, Jane Dempsey, consented via email on March 2, 2023. Appellants neither consent nor object to the motion regarding the confidential information. Richard Ferrin of Faegre Drinker Biddle & Reath, LLP, stated via email on March 1, 2023 that Appellants "take no position on the motion."

## PRAYER FOR RELIEF

Defendant-Intervenor-Appellee therefore respectfully requests that the Court

order that the confidential information contained in square brackets in its Response

be treated as confidential by the Court.

Dated:  March 7, 2023

Respectfully Submitted,

**/s/ Daniel B. Pickard**
Daniel B. Pickard
BUCHANAN INGERSOLL & ROONEY PC
1700 K St. N.W., Suite 300
Washington D.C. 20006-3807
(202) 452-7900
*Counsel for Defendant-Intervenor-Appellee,*
*Coalition of Freight Coupler Producers*

**FORM 9. Certificate of Interest**                                      Form 9 (p. 1)
                                                                          July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 23-1355 |
| **Short Case Caption** | Amsted Rail Company, Inc. v. ITC |
| **Filing Party/Entity** | Coalition of Freight Coupler Producers |

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.


Date: 03/07/2023                    Signature: _____

                                    Name:        Daniel B. Pickard, Esq.

FORM 9. Certificate of Interest

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Coalition of Freight Coupler Producers | | See attachment |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☑  Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☑    None/Not Applicable            ☐    Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.**  Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  Do not include the originating case number(s) for this case.  Fed. Cir. R. 47.4(a)(5).  See also Fed. Cir. R. 47.5(b).

☑    None/Not Applicable            ☐    Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable            ☐    Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

Save for Filing

The Coalition of Freight Coupler Producers is comprised of two entities: McConway & Torley LLC and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (USW). McConway & Torley LLC is a wholly-owned subsidiary of Arcosa, Inc., a publicly-traded company.

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS</u>

**Case Number:** <u>23-1355</u>

**Short Case Caption:** <u>Amsted Rail Company, Inc. v. ITC</u>

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes <u>415</u> words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: <u>03/07/2023</u>

Signature: <u>/s/ Daniel B. Pickard, Esq.</u>

Name: <u>Daniel B. Pickard, Esq.</u>

Save for Filing

FORM 30. Certificate of Service

Form 30
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF SERVICE</u>

**Case Number**   23-1355

**Short Case Caption**   Amsted Rail Company, Inc. v. ITC

> **NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system.  See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e).  Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on   03/07/2023

by   ☐   U.S. Mail    ☐   Hand Delivery    ☑ Email    ☐ Facsimile
      ☐   Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Richard P. Ferrin, Esq. | FAEGRE DRINKER BIDDLE & REATH LLP<br>1500 K Street, NW, Suite 1100<br>Washington, DC 20005<br>Email: richard.ferrin@faegredrinker.com |
| Andrew T. Schutz, Esq. | GRUNFELD, DESIDERIO, LEBOWITZ,  SILVERMAN & KLESTADT LLP<br>599 Lexington Avenue, 36th Floor<br>New York, NY 10022<br>Email: aschutz@gdlsk.com |
| James M. Smith, Esq. | COVINGTON & BURLING LLP<br>One City Center, 850 Tenth Street, NW<br>Washington, DC 20001<br>Email  jmsmith@cov com |
| David A.J. Goldfine, Esq. | David A.J. Goldfine<br>U.S. International Trade Commission, Office of the General Counsel<br>500 E Street, SW.<br>Washington, DC 20436<br>Email: david.goldfine@usitc.gov |
| David M. Morrell, Esq. | David M. Morrell<br>Jones Day<br>51 Louisiana Avenue, NW.<br>Washington, DC 20001<br>Email: dmorrell@jonesday.com |

☐   Additional pages attached.

Date:   03/07/2023

Signature:   /s/ Daniel B. Pickard, Esq.

Name:   Daniel B. Pickard, Esq.

Save for Filing