No. 23-1355

# IN THE
# United States Court of Appeals
## FOR THE FEDERAL CIRCUIT

---

**AMSTED RAIL COMPANY, INC., ASF-K DE MEXICO S. DE R.L. DE C.V., STRATO, INC., TTX CO.,**
*Plaintiffs-Appellants*

**WABTEC CORPORATION,**
*Plaintiff*

**v.**

**UNITED STATES INTERNATIONAL TRADE COMMISSION, ACTING SECRETARY TO THE UNITED STATES INTERNATIONAL TRADE COMMISSION KATHERINE M. HINER, in her official capacity, COALITION OF FREIGHT COUPLER PRODUCERS,**
*Defendants-Appellees*

---

**On Appeal from the United States Court of International Trade, Case No. 22-00307, Judge Gary S. Katzmann**

---

**PLAINTIFF-APPELLANTS' MOTION TO WAIVE REQUIREMENTS REGARDING REDACTIONS**

---

Ned H. Marshak
GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
599 Lexington Avenue, 36th Floor
New York, NY 10022
(212) 557-4000

Andrew T. Schutz
GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
1201 New York Avenue, NW
Suite 650
Washington, DC 20005
(202) 661-7795

*Counsel for Plaintiff*
*Strato, Inc.*

Douglas J. Heffner
Brian P. Perryman
Richard P. Ferrin
FAEGRE DRINKER
BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005
(202) 230-5000

*Counsel for Plaintiffs*
*Amsted Rail Company, Inc. and*
*ASF-K de Mexico S. de R.L. de C.V.*

Jay I. Alexander
James M. Smith
Shara L. Aranoff
Sooan (Vivian) Choi
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

*Counsel for Plaintiff*
*TTX Company*

# CERTIFICATE OF INTEREST

Counsel for Plaintiffs-Appellants Amsted Rail Company, Inc. and ASF-K de Mexico S. de R.L. de C.V. certify the following:

1.   The full name of every party or amicus represented by me is: Amsted Rail Company, Inc. and ASF-K de Mexico S. de R.L. de C.V.

2.   The names of the real parties in interest represented by me are: Amsted Rail Company, Inc. and ASF-K de Mexico S. de R.L. de C.V.

3.   All parent corporations and any publicly held companies that own 10 percent or more of the stock of the real parties represented by me are: Amsted Rail Company, Inc. is the parent corporation of ASF-K de Mexico S. de R.L. de C.V. Amsted Industries, Inc. is the parent corporation of Amsted Rail Company, Inc. None of these are publicly held companies.

4.   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial or agency or are expected to appear in this court are:

Douglas J. Heffner
Brian P. Perryman
Richard P. Ferrin
Carolyn Beathea Connolly
FAEGRE DRINKER
BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005
(202) 230-5000

5.   The cases known to me to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal are: None.

6.   Organizational victims in criminal cases and debtors and trustees in bankruptcy cases are: None.

Counsel for Plaintiff-Appellant Strato, Inc. certify the following:

1.   The full name of every party or amicus represented by me is: Strato, Inc.

2.   The names of the real parties in interest represented by me are: Strato, Inc.

3.   All parent corporations and any publicly held companies that own 10 percent or more of the stock of the real parties represented by me are: None.

4.   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial or agency or are expected to appear in this court are:

     Andrew T. Schutz
     Ned H. Marshak
     GRUNFELD, DESIDERIO, LEBOWITZ,
     SILVERMAN & KLESTADT LLP
     599 Lexington Avenue, 36th Floor
     New York, NY 10022
     (212) 557-4000

5.   The cases known to me to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal are: None.

6.   Organizational victims in criminal cases and debtors and trustees in bankruptcy cases are: None.

Counsel for Plaintiff-Appellant TTX Company certify the following:

1.   The full name of every party or amicus represented by me is: TTX Company.

2.   The names of the real parties in interest represented by me are: TTX Company.

3.   All parent corporations and any publicly held companies that own 10 percent or more of the stock of the real parties represented by me are: Union Pacific Corporation, CSX Corporation, and Norfolk Southern Corporation, each of which is a publicly held company that owns 10% or more of the stock of TTX Company.

4.   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial or agency or are expected to appear in this court are:

     James M. Smith
     Jay I. Alexander
     Shara L. Aranoff
     Sooan (Vivian) Choi
     COVINGTON & BURLING LLP
     One City Center
     850 Tenth Street, NW
     Washington, DC 20001
     (202) 662-6000

5.   The cases known to me to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal are: None.

6.   Organizational victims in criminal cases and debtors and trustees in bankruptcy cases are: None.

iii

# INTRODUCTION

Plaintiffs-Appellants, Amsted Rail Company, Inc., ASF-K de Mexico S. de R.L. de C.V., Strato, Inc., and TTX Company, pursuant to Federal Rule of Appellate Procedure 27(a) and Federal Circuit Rule 27(a), hereby move this Court to waive the requirements under Federal Circuit Rule 25.1 regarding redactions for the Joint Appendix in this appeal.

# ARGUMENT

Plaintiffs-Appellants file this motion in an attempt to resolve a dispute among the parties regarding whether certain words in certain documents contained in a subset of the public version of the Joint Appendix (the "Documents in Dispute") should be redacted from the public version of the Joint Appendix.  If the Court agrees with this motion, in order to expeditiously file the Joint Appendix, Plaintiffs-Appellants are willing to accede to the demands of the Defendant-Appellees and file redacted version of the documents described below. Nevertheless, Plaintiffs-Appellants seek leave of this Court so that it is not in violation of Federal Circuit Rules 25.1(a)(1), 25.1(a)(4), 25.1(c)(1), and/or 25.1(d)(2).

Plaintiffs-Appellants explained the origin of the dispute in a document filed with this Court on March 6, 2023, Notice of Additional Time Needed to Resolve Confidentiality Issues Under Fed. Cir. R. 26(b)(4) (ECF No. 52), specifically in the Declaration of Richard P. Ferrin attached thereto ("Ferrin Declaration").

All of the Documents in Dispute were filed at the U.S. International Trade Commission ("ITC") or the U.S. Court of International Trade ("CIT"). Ferrin Declaration ¶ 5. The Documents in Dispute fall into two categories: (1) public documents (*i.e.*, documents for which the filing party did not request confidential treatment), or (2) redacted public versions of confidential documents. *Id.* Attached hereto as Exhibit 1 is a table listing each of the Documents in Dispute.

Defendant-Appellant U.S. International Trade Commission ("ITC") informed Plaintiffs-Appellants by e-mail on March 6, 2023 that certain pages in the public version of the Joint Appendix, each of which are part of the Documents in Dispute, should be redacted to remove the name of a certain law firm and/or the name of a certain attorney. The ITC states as follows:

While some of these documents were filed publicly with the Commission, the personal identifying information contained therein are considered confidential within the context of this litigation due to the allegations involved, as recognized by the Court of International Trade in issuing a protective order. Moreover, the other document at issue, the Complaint, which had been filed publicly at the Court of International Trade, improperly released such information, which the lower court addressed the next business day through issuance of an order to treat identifying information as confidential. The Court of International Trade and the Commission have accorded protected treatment to such information throughout the course of this litigation.

Plaintiffs-Appellants believe that the Documents in Dispute cannot be redacted (or further redacted than they were as originally filed at the ITC or CIT) in the public version of the Joint Appendix because doing so would violate Federal Circuit Rules 25.1(a)(1), 25.1(a)(4), 25.1(c)(1), and/or 25.1(d)(2). Ferrin Declaration ¶ 4.

Federal Circuit Rule 25.1(a)(1) stipulates that "[u]nredacted material included in nonconfidential or unsealed filings is presumed to be public." Federal Circuit Rule 25.1(a)(4) states that "[n]o material may appear redacted in a filing with this court except as provided in Federal Rule of Appellate Procedure 25(a)(5) or Federal Circuit Rules 25.1(b), 25.1(d), or 30(c)(2), or if that material was only filed in redacted form at the trial court or agency." Federal Circuit Rule 25.1(c)(1)

3

provides, in relevant part, that "[m]aterial will lose its status as subject to a protective order … if and when it … has appeared in a filing without being marked confidential."  Finally, Federal Circuit Rule 25.1(d)(2) specifies, in relevant part, that "[m]aterial that has lost its protective coverage under Federal Circuit Rule 25.1(c) may not be marked confidential."

Each of the Documents in Dispute are documents that were filed only as "public documents" in the ITC or CIT proceedings below, or that were filed in the proceedings below with certain redactions as "public versions" of confidential documents.  Each of the Documents in Dispute continue to be accessible by the public through either the ITC's Electronic Document Information System (EDIS), or through the PACER CM/ECF system for the CIT.  The relevant EDIS or CM/ECF numbers for each public document/public version are listed in the table at Exhibit 1.  As a result, Plaintiffs-Appellants believe that none of the Documents in Dispute can be redacted (in the case of public documents) or further redacted (in the case of public versions of confidential documents) in the manner that the ITC requests consistent with Federal Circuit Rules 25.1(a)(1), 25.1(a)(4), 25.1(c)(1), and/or 25.1(d)(2).

That is because in each case, the ITC is requesting redaction of information that has already appeared in a public filing at the ITC, the CIT, and this Court.

Defendant-Appellee ITC insists that the public version of the Joint Appendix must be redacted or further redacted to remove the name of the certain law firm and certain attorney on each appendix page number stipulated by the ITC.  *See* Exhibit 1 (listing each appendix page number for which the ITC requests further redactions). Defendant-Appellee ITC takes the position that the CIT's Order of October 17, 2022 (ECF 24 in that proceeding), and the Protective Order issued by the CIT (ECF 53 in that proceeding) ("Protective Order"), paragraphs 1, 3, and 10, serve as the basis for treating such personal identifying information as confidential, including through this appeal. For the Court's convenience, attached hereto as Exhibit 2 is the relevant page of the docket sheet that contains the CIT's Order of October 17, 2022, and the public version of the CIT order referenced therein.  The Protective Order is attached as Exhibit 3 hereto.

Plaintiffs-Appellants understand that Defendant-Appellee Coalition of Freight Coupler Producers ("Coalition") agrees with the position of Defendant-Appellee ITC regarding this matter.

Amsted is not adverse to resolving the issue by acceding to the wishes of the Defendant Appellees. Nevertheless, Amsted does not want to run afoul of Federal Circuit Rules 25.1(a)(1), 25.1(a)(4), 25.1(c)(1), and/or 25.1(d)(2). In the interest of resolving the dispute as quickly as possible and submitting the confidential and public versions of the Joint Appendix within the time period provided in Federal Circuit Rule 26(b)(4), without running afoul of the provisions of Federal Circuit Rule 25.1 pertaining to redactions, the parties respectfully request that the Court grant this motion.

## STATEMENT PER FEDERAL CIRCUIT RULE 27(A)(2)

Pursuant to Federal Circuit Rule 27(a)(2), Plaintiffs-Appellants have discussed this motion with Defendant-Appellants ITC and Coalition, both of which stated that they consent to this motion.

## PRAYER FOR RELIEF

For the above reasons, Plaintiffs-Appellants respectfully request that the Court waive Federal Circuit Rules 25.1(a)(1), 25.1(a)(4),

6

25.1(c)(1), and 25.1(d)(2) so as to allow Plaintiffs-Appellants to file the

confidential and public versions of the Joint Appendix with the

redactions listed in Exhibit 1 hereto.

Dated: March 8, 2023

Respectfully submitted,

/s/ **Douglas J. Heffner**

Ned H. Marshak
GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
599 Lexington Avenue, 36th Floor
New York, NY 10022
(212) 557-4000

Andrew T. Schutz
GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
1201 New York Avenue, NW
Suite 650
Washington, DC 20005
(202) 661-7795

*Counsel for Plaintiff*
*Strato, Inc.*

Douglas J. Heffner
Brian P. Perryman
Richard P. Ferrin
FAEGRE DRINKER
BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005
(202) 230-5000

*Counsel for Plaintiffs*
*Amsted Rail Company, Inc. and*
*ASF-K de Mexico S. de R.L. de C.V.*

Jay I. Alexander
James M. Smith
Shara L. Aranoff
Sooan (Vivian) Choi
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

*Counsel for Plaintiff*
*TTX Company*

7

**EXHIBIT 1**

**REDACTIONS PROPOSED BY THE ITC**

| Appendix Page Number | Description | Underlying ITC Investigation Number or CIT Case Number | Document Number of Public Document or Public Version in EDIS or CM/ECF |
|---|---|---|---|
| Redact Firm Name | | | |
| 1280 | Letter on behalf of Petitioner, Applying for Access to Information Under the APO, Mar. 8, 2022 | 701-TA-670 | EDIS 764856 |
| 1281 | ITC letter approving disclosure of BPI/CBI under APO, Mar. 8, 2022 | 701-TA-670 | EDIS 764897 |
| 1283, 1286, 1288, 1289, 1297, 1299, 1300, 1301, 1302, 1303 | Letter on behalf of Petitioner, Amending Application for Access to Information Under the APO, July 18, 2022 | 701-TA-670 | EDIS 775848 |
| 1304, 1307, 1308, 1309, 1310, 1317, 1318, 1319, 1320, 1321, 1322, 1323, 1324 | Letter on behalf of Petitioner, Amending Application for Access to Information Under the APO, Aug. 2, 2022 | 701-TA-670 | EDIS 776869 |

| Appendix Page Number | Description | Underlying ITC Investigation Number or CIT Case Number | Document Number of Public Document or Public Version in EDIS or CM/ECF |
|---|---|---|---|
| 1325, 1328, 1329, 1330, 1331, 1330, 1331, 1332, 1333, 1334, 1335, 1336, 1337, 1338, 1339, 1340, 1341, 1342, 1343, 1344, 1345 | Letter on behalf of Petitioner, Amending Application for Access to Information Under the APO, Aug. 2, 2022 | 701-TA-670 | EDIS 776861 |
| 1346-49 | Letter on behalf of Petitioner, Certifying Destruction of APO Materials, Sept. 26, 2022 | 701-TA-670 | EDIS 781049 |
| 1354 | Letter on behalf of Wabtec Corp., Certifying Destruction of APO Materials, Sept. 27, 2022 | 701-TA-670 | EDIS 781135 |
| 1356, 1360 | Letter on behalf of Petitioner, re Certain Freight Rail Couplers and Parts Thereof from the People's Republic of China | 701-TA-682 | EDIS 781165 |

| Appendix Page Number | Description | Underlying ITC Investigation Number or CIT Case Number | Document Number of Public Document or Public Version in EDIS or CM/ECF |
|---|---|---|---|
| | and the United Mexican States: Petitions for the Imposition of Antidumping and Countervailing Duties, Sept. 28, 2022 | | |
| 1370 | Letter on behalf of Strato, Inc., Certification of Destruction of APO Materials in the Investigation of Freight Rail Coupler Systems and Components from China, Oct. 5, 2022 | 701-TA-670 | EDIS 781742 |
| 1484-99 | Letter on behalf of Petitioner, Certain Freight Rail Couplers and Parts Thereof from China and Mexico: Response to Disqualification Request, Oct. 18, 2022 | 701-TA-682 | EDIS 782497 |

| Appendix Page Number | Description | Underlying ITC Investigation Number or CIT Case Number | Document Number of Public Document or Public Version in EDIS or CM/ECF |
|---|---|---|---|
| 1551, 1552, 1553, 1554, 1555, 1556, 1557, 1559 | Verified Complaint, Oct. 14, 2022 | Case 1:22-cv-00307 | CM/ECF Doc. 14 |
| 2019, 2021 | Letter on Behalf of Strato, Inc., in Support of Amsted Disqualification Request, Oct. 14, 2022 | 701-TA-682 | EDIS 782355 |
| | | | |
| Redact Attorney Name | | | |
| 1265, 1268 | Letter on behalf of Petitioner, Amending Application for Access to Information Under the APO, Oct. 6, 2021 | 701-TA-670 | EDIS 753535 |
| 1274 | ITC Administrative Protective Order Service List, Oct. 14, 2021 | 701-TA-670 | EDIS 754177 |
| 1278 | Letter on behalf of Amsted Rail Company, Inc., Substituting | 701-TA-670 | EDIS 754248 |

| Appendix Page Number | Description | Underlying ITC Investigation Number or CIT Case Number | Document Number of Public Document or Public Version in EDIS or CM/ECF |
|---|---|---|---|
| | Counsel, Oct. 14, 2021 | | |
| 1279 | Letter on behalf of Petitioner, Advising Change of Law Firms, Mar. 1, 2022 | 701-TA-670 | EDIS 764395 |
| 1280 | Letter on behalf of Petitioner, Applying for Access to Information Under the APO, Mar. 8, 2022 | 701-TA-670 | EDIS 764856 |
| 1281 | ITC Letter Approving Disclosure of BPI/CBI Under APO, Mar. 8, 2022 | 701-TA-670 | EDIS 764897 |
| 1283, 1285, 1286 | Letter on behalf of Petitioner, Amending Application for Access to Information Under the APO, July 18, 2022 | 701-TA-670 | EDIS 775848 |
| 1304, 1306, 1307 | Letter on behalf of Petitioner, Amending Application for Access to | 701-TA-670 | EDIS 776861 |

| Appendix Page Number | Description | Underlying ITC Investigation Number or CIT Case Number | Document Number of Public Document or Public Version in EDIS or CM/ECF |
|---|---|---|---|
| | Information Under the APO, Aug. 2, 2022 | | |
| 1325, 1327, 1328 | Letter on behalf of Petitioner, Amending Application for Access to Information Under the APO, Aug. 2, 2022 | 701-TA-670 | EDIS 776869 |
| 1346, 1347, 1348, 1351 | Letter on behalf of Petitioner, Certifying Destruction of APO Materials, Sept. 26, 2022 | 701-TA-670 | EDIS 781049 |
| 1354 | Letter on behalf of Wabtec Corp., Certifying Destruction of APO Materials, Sept. 27, 2022 | 701-TA-670 | EDIS 781135 |
| 1356, 1360 | Letter on behalf of Petitioner, re Certain Freight Rail Couplers and Parts Thereof from the People's Republic of China and the United | 701-TA-682 | EDIS 781165 |

| Appendix Page Number | Description | Underlying ITC Investigation Number or CIT Case Number | Document Number of Public Document or Public Version in EDIS or CM/ECF |
|---|---|---|---|
| | Mexican States: Petitions for the Imposition of Antidumping and Countervailing Duties, Sept. 28, 2022 | | |
| 1370 | Letter on behalf of Strato, Inc., Certification of Destruction of APO Materials in the Investigation of Freight Rail Coupler Systems and Components from China, Oct. 5, 2022 | 701-TA-670 | EDIS 781742 |
| 1484, 1494, 1495, 1497, 1498, 1499 | Letter on behalf of Petitioner, Certain Freight Rail Couplers and Parts Thereof from China and Mexico: Response to Disqualification Request, Oct. 18, 2022 | 701-TA-682 | EDIS 782497 |

| Appendix Page Number | Description | Underlying ITC Investigation Number or CIT Case Number | Document Number of Public Document or Public Version in EDIS or CM/ECF |
|---|---|---|---|
| 1549, 1550, 1551, 1552, 1554, 1555, 1556, 1557, 1559 | Verified Complaint, Oct. 14, 2022 | Case 1:22-cv-00307 | CM/ECF Doc. 14 |
| 2019, 2021 | Letter on behalf of Strato, Inc., in Support of Amsted Disqualification Request, Oct. 14, 2022 | 701-TA-682 | EDIS 782384 |

**EXHIBIT 2**

# U.S. Court of International Trade
# LIVE Database (New York)
# CIT DOCKET FOR CASE #: 1:22-cv-00307-GSK

Amsted Rail Company, Inc. et al v. United States International
Trade Commission
**Assigned to:** Gary S. Katzmann
**Lead Docket:**

**Date Filed:** 10/14/2022
**Jury Demand:** No

**Jurisdiction:**
28USC § 1581(i) Residual Jurisdiction

**Date Terminated:** 11/15/2022

**Category:**
Tariffs, Duties, Fees, Other Taxes 28USC § 1581(i)(2)
Administration and Enforcement 28USC § 1581(i)(4)

**Date Reopened:**

**Does this action raise an issue of
constitutionality?:** N

**Agency:**
U.S. International Trade Commission

**Product Description:**
Freight Rail Couplers

**Export Country:**
China
Mexico

**Plaintiff**

**Amsted Rail Company, Inc.**                    represented by    **Richard Preston Ferrin**
Faegre Drinker Biddle & Reath, LLP
1500 K Street, NW.
Washington, DC 20005
(202) 230-5803
Fax: (202) 842-8465
Email: richard.ferrin@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Brian Perryman**
Faegre Drinker Biddle & Reath, LLP
1500 K Street, NW.
Suite 1100
Washington, DC 20005
(202) 230-5225
Fax: (202) 842-8465

Email: brian.perryman@faegredrinker.com
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Carolyn Bethea Connolly**
Faegre Drinker Biddle & Reath, LLP
1500 K Street, NW.
Suite 1100
Washington, DC 20005
(202) 230-5330
Fax: (202) 842-8465
Email: Carrie.Connolly@faegredrinker.com
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Douglas John Heffner**
Faegre Drinker Biddle & Reath, LLP
1500 K Street, NW.
Suite 1100
Washington, DC 20005-1209
(202) 230-5802
Fax: (202) 842-8465
Email: douglas.heffner@faegredrinker.com
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Plaintiff**

**ASF-K de Mexico S. de R.L. de C.V.**          represented by **Richard Preston Ferrin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Brian Perryman**
(See above for address)
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Carolyn Bethea Connolly**
(See above for address)
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Douglas John Heffner**
(See above for address)
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Plaintiff**

**Strato, Inc.**                                   represented by **Andrew Thomas Schutz**
Grunfeld Desiderio Lebowitz Silverman &
Klestadt, LLP
1201 New York Avenue, NW.
Suite 650
Washington, DC 20005
(202) 661-7795
Fax: (202) 783-0405
Email: aschutz@gdlsk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Ned Herman Marshak**
Grunfeld Desiderio Lebowitz Silverman &
Klestadt, LLP
599 Lexington Avenue
36th Floor
New York, NY 10022
(212) 557-4000
Fax: (212) 557-4415
Email: nmarshak@gdlsk.com
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Richard Preston Ferrin**
(See above for address)
***Bar Status: ACTIVE***

**Plaintiff**

**TTX Company**                                   represented by **James McCall Smith**
Covington & Burling LLP
One City Center
850 Tenth Street, NW.
Washington, DC 20001-4956
(202) 662-5550
Fax: (202) 778-5550
Email: jmsmith@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Richard Preston Ferrin**
(See above for address)
***Bar Status: ACTIVE***

**Shara Louise Aranoff**
Covington & Burling LLP
One City Center

850 Tenth Street, NW.
Washington, DC 20001-4956
(202) 662-5997
Email: saranoff@cov.com
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Sooan (Vivian) Choi**
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW.
Washington, DC 20001-4956
(202) 662-5713
Email: vchoi@cov.com
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

## Plaintiff

**Wabtec Corp.**        represented by   **David M. Morrell**
Jones Day
51 Louisiana Avenue, NW.
Washington, DC 20001
(202) 879-3636
Email: dmorrell@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Ryan Mackenzie Proctor**
Jones Day
51 Louisiana Avenue, NW.
Washington, DC 20001
(770) 639-6644
Email: rproctor@jonesday.com
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

## Defendant

**United States International Trade Commission**    represented by   **David A.J. Goldfine**
U.S. International Trade Commission
Office of the General Counsel
500 E Street, SW.
Washington, DC 20436
(202) 708-5452
Fax: (202) 205-3111
Email: david.goldfine@usitc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Andrea C. Casson**
U.S. International Trade Commission
Office of the General Counsel
500 E Street, SW.
Suite 707
Washington, DC 20436
(202) 205-3105
Fax: (202) 205-3111
Email: andrea.casson@usitc.gov
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Brian Robert Allen**
U.S. International Trade Commission
Office of the General Counsel
500 E Street, SW.
Washington, DC 20436
(202) 205-3034
Fax: (202) 205-3111
Email: brian.allen@usitc.gov
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Jane Chang Dempsey**
U.S. International Trade Commission
Office of the General Counsel
500 E Street, SW.
Washington, DC 20436
(202) 205-3142
Fax: (202) 205-3111
Email: jane.dempsey@usitc.gov
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Defendant-Intervenor**

**Coalition of Freight Coupler Producers**     represented by  **Daniel Brian Pickard**
Buchanan Ingersoll & Rooney PC
1700 K Street, NW.
Suite 300
Washington, DC 20006-3807
(202) 452-7900
Fax: (202) 452-7989
Email: daniel.pickard@bipc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Amanda L. Wetzel**
Buchanan Ingersoll & Rooney PC
Two Liberty Place

50 South 16th Street
Suite 3200
Philadelphia, PA 19102-2555
(215) 527-7263
Email: amanda.wetzel@bipc.com
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Claire M. Webster**
Buchanan Ingersoll & Rooney PC
1700 K Street, NW.
Suite 300
Washington, DC 20009
(202) 452-7934
Email: claire.webster@bipc.com
*ATTORNEY TO BE NOTICED*
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2022 | 1 | Summons . Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs. (Ferrin, Richard) (Entered: 10/14/2022) |
| 10/14/2022 | 2 | Form 5 Information Statement . Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs. (Ferrin, Richard) (Entered: 10/14/2022) |
| 10/14/2022 | 3 | Form 13 Corporate Disclosure Statement *for Amsted Rail Company, Inc*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of Amsted Rail Company, Inc.. (Ferrin, Richard) (Entered: 10/14/2022) |
| 10/14/2022 | 4 | Form 13 Corporate Disclosure Statement *for ASF-K de Mexico S. de R.L. de C.V.*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of ASF-K de Mexico S. de R.L. de C.V.. (Ferrin, Richard) (Entered: 10/14/2022) |
| 10/14/2022 | 5 | Form 13 Corporate Disclosure Statement *for Strato, Inc*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of Strato, Inc.. (Ferrin, Richard) (Entered: 10/14/2022) |
| 10/14/2022 | 6 | Form 13 Corporate Disclosure Statement *for TTX Company*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of TTX Company. (Ferrin, Richard) (Entered: 10/14/2022) |
| 10/14/2022 | 7 | Form 13 Corporate Disclosure Statement *for Wabtec Corp*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of Wabtec Corp.. (Ferrin, Richard) (Entered: 10/14/2022) |
| 10/14/2022 | 8 | Form 11 Notice of Appearance *for Richard P. Ferrin*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of ASF-K de Mexico S. de R.L. de C.V., Amsted Rail Company, Inc..(Ferrin, Richard) (Entered: 10/14/2022) |
| 10/14/2022 | 9 | Form 11 Notice of Appearance *for Douglas J. Heffner*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of ASF-K de Mexico S. de R.L. de C.V., Amsted Rail Company, Inc..(Ferrin, Richard) (Entered: 10/14/2022) |

| | | |
|---|---|---|
| 10/14/2022 | 10 | Form 11 Notice of Appearance *for Carolyn Bethea Connolly*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of ASF-K de Mexico S. de R.L. de C.V., Amsted Rail Company, Inc..(Ferrin, Richard) (Entered: 10/14/2022) |
| 10/14/2022 | 11 | Form 11 Notice of Appearance *for Andrew T. Schutz and Ned H. Marshak*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of Strato, Inc.. (Ferrin, Richard) (Entered: 10/14/2022) |
| 10/14/2022 | 12 | Form 11 Notice of Appearance *for David M. Morrell*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of Wabtec Corp..(Ferrin, Richard) (Entered: 10/14/2022) |
| 10/14/2022 | 13 | Form 11 Notice of Appearance *for James M. Smith, Shara L. Aranoff, and Sooan (Vivian) Choi*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of TTX Company.(Ferrin, Richard) (Entered: 10/14/2022) |
| 10/14/2022 | 14 | Verified Complaint against U.S. International Trade Commission. Answer due by 12/13/2022. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs.(Ferrin, Richard) (Entered: 10/14/2022) |
| 10/14/2022 | 15 | Application/Motion for temporary restraining order . Responses due by 11/4/2022. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs.(Ferrin, Richard) (Entered: 10/14/2022) |
| 10/14/2022 | 16 | Application/Motion for temporary restraining order *(Proposed Order)*. Responses due by 11/4/2022. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs.(Ferrin, Richard) (Entered: 10/14/2022) |
| 10/14/2022 | 17 | Memorandum of Points and Authorities *in Support of Plaintiffs' Motion for Temporary Restraining Order*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs. (Ferrin, Richard) (Entered: 10/14/2022) |
| 10/17/2022 | 18 | Certificate of service (related document(s) 15 , 17 , 1 , 14 , 16 ). Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs. (Ferrin, Richard) (Entered: 10/17/2022) |
| 10/17/2022 | 19 | *TRO Status Conference*. Status Conference set for 10/17/2022 02:00 PM in Courtroom No. 1. (Cheevers, Casey) (Entered: 10/17/2022) |
| 10/17/2022 | 20 | Status Conference held on 10/17/2022 at 2:00 p.m. in Courtroom No. 1. *Appearance Sheet attached.*. (Cheevers, Casey) (Entered: 10/17/2022) |
| 10/17/2022 | 21 | Confidential Order entered on 10/17/2022 staying the release of business proprietary information submitted by Plaintiffs.(Related Doc # 15 )(Related Doc # 16 ). (Cheevers, Casey) (Entered: 10/17/2022) |
| 10/17/2022 | 22 | Public Version of Confidential Order entered on 10/17/2022 staying the release of business proprietary information submitted by Plaintiffs (related document 21 . (Cheevers, Casey) (Entered: 10/17/2022) |
| 10/17/2022 | 23 | [DUPLICATE ENTRY OF DOCUMENT 22 ] Public Version of Confidential Order entered on 10/17/2022 staying the release of business proprietary information submitted by Plaintiffs. (Related Doc # 16 ). (Cheevers, Casey) Modified on 10/17/2022 (Cheevers, Casey). (Entered: 10/17/2022) |
| 10/17/2022 | 24 | Order entered on 10/17/2022 Procedural Order: Consistent with the issuance of public and confidential versions of an order in this case by the court today [Docs # 21 and 22] as relates to the identifying information in that order, the parties are directed henceforth to |

| | | |
|---|---|---|
| | | file public and confidential versions relating to that identifying information.(Warner, Scott) (Entered: 10/17/2022) |
| 10/17/2022 | 25 | Order entered on 10/17/2022 Amended Order ORDERED that the release by the International Trade Commission to [[ ]] of business proprietary information submitted by Plaintiffs in the antidumping and countervailing duty investigations, as well as the requirement of Plaintiffs to disclose such business proprietary information to [[ ]], before the Commission styled Certain Freight Rail Couplers and Parts Thereof from China and Mexico, USITC Inv. Nos. 701-TA-682 and 731-TA-1593-1593, BE STAYED. (Swindell, Stephen) (Entered: 10/17/2022) |
| 10/17/2022 | 26 | Order entered on 10/17/2022 Amended Confidential Order.(Swindell, Stephen) (Entered: 10/17/2022) |
| 10/18/2022 | 27 | Confidential Order entered on 10/18/2022 granting Motion for temporary restraining order (Related Doc # 15 ) (Related Doc # 16 ). (Cheevers, Casey) (Entered: 10/18/2022) |
| 10/18/2022 | 28 | Public Version of Confidential Temporary Restraining Order entered on 10/18/2022. [SEE ORDER FOR DETAILS] ORDERED that Plaintiffs' Motion for Temporary Restraining Order is GRANTED effective at 10:30 a.m. on October 18, 2022. ORDERED that Defendant shall, by October 21, 2022, file a response to Plaintiffs' Motion for Temporary Restraining Order, Oct. 14, 2022, ECF No. 15, which the court deems to be a motion for preliminary injunction absent objection by Plaintiffs; that Plaintiffs shall file a reply to Defendant's response by October 26, 2022; ORDERED that, pursuant to USCIT Rule 65(b), the Commission and other persons so temporarily enjoined shall remain enjoined effective from the date of issuance of this order until the earlier of November 1, 2022, fourteen days from the date of this order, unless renewed, or the date upon which this court rules on the Motion for Preliminary Injunction after a hearing scheduled by the court. (Cheevers, Casey) (Entered: 10/18/2022) |
| 10/18/2022 | 29 | Bond in the amount of $ 1.00 posted *as required by TRO*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs. (Ferrin, Richard) (Entered: 10/18/2022) |
| 10/18/2022 | 30 | Erratum Order for Temporary Restraining Order entered on 10/18/2022.(Cheevers, Casey) (Entered: 10/18/2022) |
| 10/18/2022 | 31 | Form 11 Notice of Appearance . Filed by Daniel Brian Pickard of Buchanan Ingersoll and Rooney PC on behalf of Coalition of Freight Coupler Producers.(Pickard, Daniel) (Entered: 10/18/2022) |
| 10/18/2022 | 32 | Form 11 Notice of Appearance *for Claire M. Webster*. Filed by Daniel Brian Pickard of Buchanan Ingersoll and Rooney PC on behalf of Coalition of Freight Coupler Producers. (Pickard, Daniel) (Entered: 10/18/2022) |
| 10/18/2022 | 33 | Form 11 Notice of Appearance *for Amanda Wetzel*. Filed by Daniel Brian Pickard of Buchanan Ingersoll and Rooney PC on behalf of Coalition of Freight Coupler Producers. (Pickard, Daniel) (Entered: 10/18/2022) |
| 10/18/2022 | 34 | Form 13 Corporate Disclosure Statement *of the Coalition of Freight Coupler Producers*. Filed by Daniel Brian Pickard of Buchanan Ingersoll and Rooney PC on behalf of Coalition of Freight Coupler Producers. (Pickard, Daniel) (Entered: 10/18/2022) |
| 10/18/2022 | 35 | Partial Consent Motion to Intervene as Defendant-Intervenor *Coalition of Freight Coupler Producers*. Responses due by 11/8/2022. Filed by Daniel Brian Pickard of Buchanan Ingersoll and Rooney PC on behalf of Coalition of Freight Coupler Producers. (Pickard, Daniel) (Entered: 10/18/2022) |

| 10/19/2022 | [36](#) | Order entered on 10/19/2022 assigning action to Judge Gary S. Katzmann.(Cheevers, Casey) (Entered: 10/19/2022) |
| 10/19/2022 | [37](#) | Form 11 Notice of Appearance *for Brian Perryman*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of ASF-K de Mexico S. de R.L. de C.V., Amsted Rail Company, Inc..(Ferrin, Richard) (Entered: 10/19/2022) |
| 10/20/2022 | [38](#) | Order entered on 10/20/2022 granting Consent Motion to intervene as defendant-intervenor. ORDERED that the Coalition of Freight Coupler Producers is a party to this action as defendant-intervenor (Related Doc # [35](#) ). (Goell, Geoffrey) (Entered: 10/20/2022) |
| 10/21/2022 | [39](#) | Transcript of TRO Status Conference held on 10/17/2022 filed with court. Pursuant to Administrative Order 08-01 re: the redaction of personal data identifiers. Notice of Intent to Redact Deadline due 10/28/2022. Redaction Request due 11/14/2022. Redacted Transcript Deadline set for 11/21/2022. Release of Transcript Restriction set for 1/19/2023. (Goell, Geoffrey) (Entered: 10/21/2022) |
| 10/21/2022 | [40](#) | Form 11 Notice of Appearance . Filed by David A.J. Goldfine of U.S. International Trade Commission on behalf of All Defendants.(Goldfine, David) (Entered: 10/21/2022) |
| 10/21/2022 | [41](#) | Confidential Response to motion *for a Preliminary Injunction* (related document(s) [15](#) ). Filed by Jane Chang Dempsey of U.S. International Trade Commission on behalf of United States International Trade Commission. (Attachments: # [1](#) Proposed Order, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3, # [5](#) Exhibit 4, # [6](#) Exhibit 5, # [7](#) Exhibit 6, # [8](#) Exhibit 7, # [9](#) Exhibit 8, # [10](#) Exhibit 9, # [11](#) Exhibit 10, # [12](#) Exhibit 11, # [13](#) Exhibit 12, # [14](#) Exhibit 13) (Dempsey, Jane) (Entered: 10/21/2022) |
| 10/21/2022 | [42](#) | Public Response to motion *for a Preliminary Injunction* (related document(s) [15](#) ). Filed by Jane Chang Dempsey of U.S. International Trade Commission on behalf of United States International Trade Commission. (Attachments: # [1](#) Proposed Order, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3, # [5](#) Exhibit 4, # [6](#) Exhibit 5, # [7](#) Exhibit 6, # [8](#) Exhibit 7, # [9](#) Exhibit 8, # [10](#) Exhibit 9, # [11](#) Exhibit 10, # [12](#) Exhibit 11, # [13](#) Exhibit 12, # [14](#) Exhibit 13) (Dempsey, Jane) (Entered: 10/21/2022) |
| 10/24/2022 | [43](#) | Confidential Amended complaint against All Defendants (related document(s) [14](#) ). Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs. (Attachments: # [1](#) Redline to Original Complaint)(Ferrin, Richard) (Entered: 10/24/2022) |
| 10/24/2022 | [44](#) | Public Amended complaint against All Defendants (related document(s) [43](#) , [14](#) ). Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs. (Attachments: # [1](#) Redline to Original Complaint)(Ferrin, Richard) (Entered: 10/24/2022) |
| 10/24/2022 | [45](#) | Confidential Motion to dismiss case . Response to Dispositive Motion due by 11/28/2022. Filed by Andrea C. Casson of U.S. International Trade Commission on behalf of United States International Trade Commission. (Attachments: # [1](#) Letter, # [2](#) Letter)(Casson, Andrea) (Entered: 10/24/2022) |
| 10/24/2022 | [46](#) | Motion to dismiss case . Response to Dispositive Motion due by 11/28/2022. Filed by Andrea C. Casson of U.S. International Trade Commission on behalf of United States International Trade Commission. (Attachments: # [1](#) Letter, # [2](#) Letter)(Casson, Andrea) (Entered: 10/24/2022) |
| 10/24/2022 | [47](#) | Confidential Second Application/Motion for preliminary injunction . Responses due by 11/14/2022. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP, David M. Morrell of Jones Day, Brian Perryman of Faegre Drinker Biddle & Reath LLP, |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Douglas John Heffner of Faegre Drinker Biddle & Reath, LLP, Carolyn Bethea Connolly of Faegre Drinker Biddle & Reath, LLP, Andrew Thomas Schutz of Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP, Ned Herman Marshak of Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP, James McCall Smith of Covington & Burling LLP, Shara Louise Aranoff of Covington & Burling LLP, Sooan (Vivian) Choi of Covington & Burling LLP on behalf of All Plaintiffs. (Attachments: # 1 Memorandum of Law, # 2 Proposed Order)(Ferrin, Richard) (Entered: 10/24/2022) |
| 10/24/2022 | 48 | Second Application/Motion for preliminary injunction *(Public Version)*. Responses due by 11/14/2022. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP, David M. Morrell of Jones Day, Brian Perryman of Faegre Drinker Biddle & Reath LLP, Douglas John Heffner of Faegre Drinker Biddle & Reath, LLP, Carolyn Bethea Connolly of Faegre Drinker Biddle & Reath, LLP, Andrew Thomas Schutz of Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP, Ned Herman Marshak of Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP, James McCall Smith of Covington & Burling LLP, Shara Louise Aranoff of Covington & Burling LLP, Sooan (Vivian) Choi of Covington & Burling LLP on behalf of All Plaintiffs. (Attachments: # 1 Memorandum of Law, # 2 Proposed Order)(Ferrin, Richard) (Entered: 10/24/2022) |
| 10/26/2022 | 49 | Joint Motion for protective order . Responses due by 11/16/2022. Filed by Jane Chang Dempsey of U.S. International Trade Commission on behalf of United States International Trade Commission. (Attachments: # 1 Protective Order)(Dempsey, Jane) (Entered: 10/26/2022) |
| 10/26/2022 | 50 | Reply *in Support of Plaintiffs' First Motion for Preliminary Injunction* (related document(s) 41 , 42 ). Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs.(Ferrin, Richard) (Entered: 10/26/2022) |
| 10/26/2022 | 51 | Confidential Response to motion *Request for Temporary Restraining Order and Proposed Order to Vacate* (related document(s) 15 ). Filed by Daniel Brian Pickard of Buchanan Ingersoll and Rooney PC on behalf of Coalition of Freight Coupler Producers. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10) (Pickard, Daniel) (Entered: 10/26/2022) |
| 10/26/2022 | 52 | Response to motion *Request for Temporary Restraining Order and Proposed Order to Vacate* (related document(s) 15 ). Filed by Daniel Brian Pickard of Buchanan Ingersoll and Rooney PC on behalf of Coalition of Freight Coupler Producers. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10) (Pickard, Daniel) (Entered: 10/26/2022) |
| 10/27/2022 | 53 | Order entered on 10/27/2022 joint granting Motion for protective order. Joint Protective Order issued (Related Doc # 49 ). (Goell, Geoffrey) (Entered: 10/27/2022) |
| 10/27/2022 | 54 | Order entered on 10/27/2022; ORDERED that the Temporary Restraining Order is extended and will continue in full force and effect to November 15, 2022 at 10:30 a.m. Eastern Time, fourteen days from the initial expiration of the Temporary Restraining Order, subject to further order of this court; and it is further ORDERED that the Commission shall, by 6 p.m. Eastern Time on November 2, 2022, file a sur-reply to Plaintiffs' Reply Brief, Oct. 26, 2022, ECF No. 50; and it is further ORDERED that Plaintiffs shall, by 6 p.m. Eastern Time on November 2, 2022, file a response to Defendant-Intervenor's Response to Motion for Temporary Restraining Order and Motion to Vacate Temporary Restraining Order, Oct. 26, 2022, ECF No. 51; and it is further ORDERED that a hearing on Plaintiffs' First Motion for Preliminary Injunction and Defendant-Intervenor's Motion to Vacate the Temporary Restraining Order is scheduled |

| | | |
|---|---|---|
| | | for November 7, 2022 at 2:30 p.m. Eastern Time at the Court of International Trade in New York, New York in Courtroom No. 1. (Goell, Geoffrey) (Entered: 10/27/2022) |
| 10/27/2022 | [55](#) | Certificate of service *of Summons and Amended Complaint* (related document(s) [1](#) , [43](#) ). Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs. (Ferrin, Richard) (Entered: 10/27/2022) |
| 10/28/2022 | [56](#) | Consent Motion to reschedule hearing for 11/9/2022. (related document(s) [54](#) ). Responses due by 11/18/2022. Filed by Daniel Brian Pickard of Buchanan Ingersoll and Rooney PC on behalf of Coalition of Freight Coupler Producers.(Pickard, Daniel) Modified on 10/28/2022 (Goell, Geoffrey). (Entered: 10/28/2022) |
| 10/28/2022 | [57](#) | Order entered on 10/28/2022 granting Consent Motion to reschedule Hearing. ORDERED that the Hearing on Plaintiffs' First Motion for Preliminary Injunction and Defendant-Intervenor's Motion to Vacate the Temporary Restraining Order is rescheduled for Wednesday, November 9, 2022 at 9:00 a.m. in Court of International Courtroom 1 (Related Doc # [56](#) ). (Goell, Geoffrey) (Entered: 10/28/2022) |
| 10/31/2022 | [58](#) | Form 11 Notice of Appearance . Filed by Brian Robert Allen of U.S. International Trade Commission on behalf of United States International Trade Commission.(Allen, Brian) (Entered: 10/31/2022) |
| 11/02/2022 | [59](#) | Confidential Sur-reply *to Plaintiffs' Reply in Support of Their First Motion for a Preliminary Injunction* (related document(s) [15](#) ). Filed by Jane Chang Dempsey of U.S. International Trade Commission on behalf of United States International Trade Commission. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C)(Dempsey, Jane) (Entered: 11/02/2022) |
| 11/02/2022 | [60](#) | Sur-reply *to Plaintiffs' Reply in Support of Their First Motion for a Preliminary Injunction* (related document(s) [15](#) ). Filed by Jane Chang Dempsey of U.S. International Trade Commission on behalf of United States International Trade Commission. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C)(Dempsey, Jane) (Entered: 11/02/2022) |
| 11/02/2022 | [61](#) | Reply *to Defendant-Intervenor in Support of Plaintiffs' First Motion for Preliminary Injunction and Response to Defendant-Intervenor's Motion to Vacate Temporary Restraining Order* (related document(s) [52](#) , [51](#) ). Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C) (Ferrin, Richard) (Entered: 11/02/2022) |
| 11/02/2022 | [62](#) | Confidential Response to motion *to dismiss by Defendant* (related document(s) [46](#) ). Replies due by 11/23/2022. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs.(Ferrin, Richard) (Entered: 11/02/2022) |
| 11/02/2022 | [63](#) | Public Response to motion *to dismiss by Defendant* (related document(s) [46](#) ). Replies due by 11/23/2022. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs.(Ferrin, Richard) (Entered: 11/02/2022) |
| 11/02/2022 | [64](#) | Notice of Supplemental Authority filed. . Filed by Daniel Brian Pickard of Buchanan Ingersoll and Rooney PC on behalf of Coalition of Freight Coupler Producers. (Attachments: # [1](#) Exhibit Tab 1, # [2](#) Exhibit Tab 2, # [3](#) Exhibit Tab 3, # [4](#) Exhibit Tab 4, # [5](#) Exhibit Tab 5)(Pickard, Daniel) (Entered: 11/02/2022) |
| 11/03/2022 | [65](#) | Revised Form 11 Notice of Appearance *for Brian Perryman*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of ASF-K de Mexico S. de R.L. de C.V., Amsted Rail Company, Inc..(Ferrin, Richard) (Entered: 11/03/2022) |
| 11/03/2022 | [66](#) | Form 11 Notice of Appearance *for Daniel B. Pickard*. Filed by Daniel Brian Pickard of Buchanan Ingersoll and Rooney PC on behalf of Coalition of Freight Coupler Producers. |

| | | |
|---|---|---|
| | | (Pickard, Daniel) (Entered: 11/03/2022) |
| 11/03/2022 | 67 | Form 11 Notice of Appearance *for Claire M. Webster*. Filed by Daniel Brian Pickard of Buchanan Ingersoll and Rooney PC on behalf of Coalition of Freight Coupler Producers. (Pickard, Daniel) (Entered: 11/03/2022) |
| 11/03/2022 | 68 | Form 11 Notice of Appearance *for Amanda L. Wetzel*. Filed by Daniel Brian Pickard of Buchanan Ingersoll and Rooney PC on behalf of Coalition of Freight Coupler Producers. (Pickard, Daniel) (Entered: 11/03/2022) |
| 11/03/2022 | 69 | Form 13 Corporate Disclosure Statement *of the Coalition of Freight Coupler Producers*. Filed by Daniel Brian Pickard of Buchanan Ingersoll and Rooney PC on behalf of Coalition of Freight Coupler Producers. (Pickard, Daniel) (Entered: 11/03/2022) |
| 11/03/2022 | 70 | Reply *to Defendant's-Intervenor's Notification of Supplemental Authority*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of ASF-K de Mexico S. de R.L. de C.V., Amsted Rail Company, Inc., Strato, Inc., TTX Company. (Ferrin, Richard) (Entered: 11/03/2022) |
| 11/04/2022 | 71 | Paperless Order entered on 11/4/2022; ORDERED that the Hearing Scheduled for November 9, 2022 at 9:00 AM in CIT Courtroom 1 will be a CLOSED hearing. (Goell, Geoffrey) (Entered: 11/04/2022) |
| 11/07/2022 | 72 | Form 11 Notice of Appearance . Filed by Ryan Mackenzie Proctor of Jones Day on behalf of Wabtec Corp..(Proctor, Ryan) (Entered: 11/07/2022) |
| 11/07/2022 | 73 | Motion to dismiss case *Motion to Dismiss Amended Complaint and Memorandum in Support of Motion to Dismiss*. Response to Dispositive Motion due by 12/12/2022. Filed by Brian Robert Allen of U.S. International Trade Commission on behalf of United States International Trade Commission.(Allen, Brian) (Entered: 11/07/2022) |
| 11/07/2022 | 74 | Motion for extension of time until 11/18/2022 to *Consent Motion to Extend Deadline to Respond to Plaintiffs' Second Motion for a Preliminary Injunction* (related document(s) 47 ). Responses due by 11/28/2022. Filed by Brian Robert Allen of U.S. International Trade Commission on behalf of United States International Trade Commission.(Allen, Brian) (Entered: 11/07/2022) |
| 11/08/2022 | 75 | Order entered on 11/8/2022 granting Consent Motion for extension of time respond to Plaintiffs' Second Motion for a Preliminary Injunction. ORDERED, that the motion is granted and Defendant shall file its Response no laterthan November 18, 2022; and it is further ORDERED, that any motion by Plaintiffs for leave to file a brief in reply to Defendant's Response be filed by no later than December 2, 2022 (Related Doc # 74 ). (Goell, Geoffrey) (Entered: 11/08/2022) |
| 11/09/2022 | 76 | Confidential Hearing held on November 9, 2022 at 9:00 AM in Courtroom 1. *The parties may file a post hearing submission (of no more than 1,000 words) by close of business (5:00 p.m. eastern) on November 10, 2022*. (Goell, Geoffrey) (Entered: 11/09/2022) |
| 11/09/2022 | 77 | Notice of Supplemental Authority filed. . Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs.(Ferrin, Richard) (Entered: 11/09/2022) |
| 11/09/2022 | 78 | Notice of Supplemental Authority filed. . Filed by Brian Robert Allen of U.S. International Trade Commission on behalf of United States International Trade Commission.(Allen, Brian) (Entered: 11/09/2022) |
| 11/10/2022 | 79 | Post-Trial Memorandum *Post-Hearing Submission*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs. (Ferrin, Richard) (Entered: 11/10/2022) |

| 11/15/2022 | 80 | Confidential Order entered on 11/15/2022, Confidential Slip opinion: 22-124; The Amended Complaint is dismissed without prejudice to refiling under 28 U.S.C. § 1581(c) (related document(s) 60 , 78 , 63 , 52 , 73 , 43 , 48 , 46 , 59 , 45 , 47 , 41 , 70 , 44 , 64 , 51 , 42 ). (Goell, Geoffrey) (Entered: 11/15/2022) |
|---|---|---|
| 11/15/2022 | 81 | Order entered on 11/15/2022; ORDERED that the Temporary Restraining Order, Oct. 18, 2022, ECF No. 28, and Order Extending Temporary Restraining Order, Oct. 27, 2022, ECF No. 54, are vacated. (Goell, Geoffrey) (Entered: 11/15/2022) |
| 11/15/2022 | 82 | Order entered on 11/15/2022; Judgment Order issued (related document(s) 80 ). (Goell, Geoffrey) (Entered: 11/15/2022) |
| 11/15/2022 | 83 | Letter issued by The Honorable Gary S. Katzmann concerning *redactions for public version of Slip Op. 22-124. SEE LETTER.* (Goell, Geoffrey) (Entered: 11/15/2022) |
| 11/15/2022 | 84 | Response to Court's Request/Order *for Bracketing Changes*. Filed by Daniel Brian Pickard of Buchanan Ingersoll and Rooney PC on behalf of Coalition of Freight Coupler Producers. (Pickard, Daniel) (Entered: 11/15/2022) |
| 11/15/2022 | 85 | Response to Court's Request/Order . Filed by Brian Robert Allen of U.S. International Trade Commission on behalf of United States International Trade Commission. (Allen, Brian) (Entered: 11/15/2022) |
| 11/16/2022 | 86 | Response to Court's Request/Order *of November 15, 2022*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of All Plaintiffs. (Ferrin, Richard) (Entered: 11/16/2022) |
| 11/16/2022 | 87 | Response to Court's Request/Order *re Bracketing*. Filed by Andrew Thomas Schutz of Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP on behalf of Strato, Inc.. (Schutz, Andrew) (Entered: 11/16/2022) |
| 11/16/2022 | 88 | Order entered on 11/16/2022, Slip Op. 22-124; Public Version issued (related document(s) 80 ). (Goell, Geoffrey) (Entered: 11/16/2022) |
| 11/18/2022 | 89 | Motion for injunction pending appeal (related document(s) 88 ). Responses due by 12/9/2022. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of ASF-K de Mexico S. de R.L. de C.V., Amsted Rail Company, Inc., Strato, Inc., TTX Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Ferrin, Richard) (Entered: 11/18/2022) |
| 11/29/2022 | 90 | Order entered on 11/29/2022; Upon consideration of Certain Plaintiffs' Motion for Injunction Pending Appeal ("Motion"), Nov. 18, 2022, ECF No. 89, it is hereby ORDERED that Plaintiffs will answer the following questions in a filing due tomorrow, November 30, 2022. SEE ORDER. ORDERED that Defendants andDefendant-Intervenor shall file their responses to the Motion, if any, by December 6, 2022; and it is further ORDERED that a remote oral argument on the Motion is scheduled for Wednesday, December 7, 2022 at 10 a.m., subject to further order of this court. (Goell, Geoffrey) (Entered: 11/29/2022) |
| 11/30/2022 | 91 | Response to Court's Request/Order *dated November 29, 2022*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of ASF-K de Mexico S. de R.L. de C.V., Amsted Rail Company, Inc., Strato, Inc., TTX Company. (Ferrin, Richard) (Entered: 11/30/2022) |
| 12/01/2022 | 92 | Paperless Order entered on 12/1/2022; The Webex Oral Argument Scheduled for December 7,2022 at 10:00 will be a CLOSED oral argument. (Goell, Geoffrey) (Entered: 12/01/2022) |

| 12/06/2022 | 93 | Confidential Response to motion *for Injunction Pending Appeal* (related document(s) 89 ). Filed by Daniel Brian Pickard of Buchanan Ingersoll & Rooney PC on behalf of Coalition of Freight Coupler Producers. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Pickard, Daniel) (Entered: 12/06/2022) |
|---|---|---|
| 12/06/2022 | 94 | Response to motion *for Injunction Pending Appeal* (related document(s) 89 ). Filed by Daniel Brian Pickard of Buchanan Ingersoll & Rooney PC on behalf of Coalition of Freight Coupler Producers. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Pickard, Daniel) (Entered: 12/06/2022) |
| 12/06/2022 | 95 | Response to motion *for Injunction Pending Appeal* (related document(s) 89 ). Filed by Jane Chang Dempsey of U.S. International Trade Commission on behalf of United States International Trade Commission. (Attachments: # 1 Proposed Order) (Dempsey, Jane) (Entered: 12/06/2022) |
| 12/07/2022 | 96 | Closed Oral Argument via Webex on the Motion for Injunction Pending Appeal held on December 7, 2022 at 10:00 AM. *The parties may file a post argument submission (of no more that 750 words) by close of business on December 8, 2022.* (Goell, Geoffrey) (Entered: 12/07/2022) |
| 12/08/2022 | 97 | Confidential Transcript of Confidential Hearing held on 11/9/2022 filed with court. Pursuant to Administrative Order 08-01 re: the redaction of personal data identifiers. Notice of Intent to Redact Deadline due 12/15/2022. Redaction Request due 12/29/2022. Redacted Transcript Deadline set for 1/9/2023. Release of Transcript Restriction set for 3/8/2023. (Goell, Geoffrey) Modified on 12/8/2022 (Goell, Geoffrey). (Entered: 12/08/2022) |
| 12/08/2022 | 98 | Response to Court's Request/Order *for Post-Argument Submissions*. Filed by Daniel Brian Pickard of Buchanan Ingersoll & Rooney PC on behalf of Coalition of Freight Coupler Producers. (Pickard, Daniel) (Entered: 12/08/2022) |
| 12/08/2022 | 99 | Response to Court's Request/Order *for post-hearing submission*. Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of ASF-K de Mexico S. de R.L. de C.V., Amsted Rail Company, Inc.. (Ferrin, Richard) (Entered: 12/08/2022) |
| 12/20/2022 | 100 | Order entered on 12/20/2022 Slip opinion: 22-147. ORDERED that Plaintiffs' motion for injunction pending appeal is denied (related document(s) 89 ).(Cheevers, Casey) (Main Document 100 replaced on 12/20/2022) (Swindell, Stephen). (Entered: 12/20/2022) |
| 12/22/2022 | 101 | Notice of Appeal of Final Judgment of 11/15/22, Opinion and Order or 11/15/22, and Opinion and Order 12/20/22 filed. (related document(s) 80 , 82 , 100 ). Filed by Richard Preston Ferrin of Faegre Drinker Biddle & Reath, LLP on behalf of ASF-K de Mexico S. de R.L. de C.V., Amsted Rail Company, Inc., Strato, Inc., TTX Company.(Ferrin, Richard) (Entered: 12/22/2022) |
| 01/10/2023 | 102 | Appeal of *Slip Opinions 22-124 & 22-147 & Judgement* docketed on 1/10/2023 by the CAFC as appeal no. 2023-1355 (related document(s) 101 ). (Goell, Geoffrey) (Entered: 01/10/2023) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/07/2023 12:57:59 | | |
| **PACER Login:** | richardferrin | **Client Code:** | 499093.000001 03584 |
| **Description:** | Docket Report | **Search Criteria:** | 1:22-cv-00307-GSK |

| Billable Pages: | 12 | Cost: | 1.20 |
| --- | --- | --- | --- |

# UNITED STATES COURT OF INTERNATIONAL TRADE

AMSTED RAIL COMPANY, INC.,
ASF-K DE MEXICO S. DE R.L. DE C.V.,
STRATO, INC., WABTEC CORP., and
TTX COMPANY,

                Plaintiffs,

    v.

UNITED STATES INTERNATIONAL
TRADE COMMISSION,

                Defendant.

Before:  Gary S. Katzmann, Judge
Court No. 22-00307

**PUBLIC VERSION**

## <u>ORDER</u>

Upon consideration of the papers before the Court and status conference in this case, it is hereby

**ORDERED** that the release by the International Trade Commission to [[

]] of business proprietary information submitted by Plaintiffs in the antidumping and countervailing duty investigations before the Commission styled *Certain Freight Rail Couplers and Parts Thereof from China and Mexico*, USITC Inv. Nos. 701-TA-682 and 731-TA-1593-1593, **BE STAYED**.

      **SO ORDERED**.

                        /s/     *Gary S. Katzmann*
                              Judge

Dated:  October 17, 2022
        New York, New York

**EXHIBIT 3**

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE GARY S. KATZMAN, JUDGE

---

AMSTED RAIL COMPANY, INC.,
ASF-K DE MEXICO S. DE R.L. DE C.V.,
STRATO, INC., WABTEC CORP.,
AND TTX COMPANY,

          **Plaintiffs,**

     **v.**

UNITED STATES INTERNATIONAL
TRADE COMMISSION,

          **Defendant,**

**and**

COALITION OF FREIGHT RAIL
COUPLER PRODUCERS,

          **Defendant-Intervenor.**

---

Court No. 22-00307

---

## PROTECTIVE ORDER

1.   For the purposes of this Protective Order, "Proprietary Information" means information,

data and documents the public disclosure of which would cause substantial competitive harm to

the submitting party. Examples of such information would include: (1) terms of sale, prices of

individual sales, likely sales, or other offers and names of particular customers, distributors, or

suppliers; (2) information that any party or person is prohibited from releasing publicly pursuant

to contracts, applicable statutes, applicable regulations, or directives from the Government; (3)

private information that is otherwise protected from disclosure under applicable law including,

but not limited to, personnel files, financial information and other business records; and (4) other

confidential research, development, or commercial information as set forth in Rule 26(c)(1)(G) of the Rules of this Court.

2.   This Protective Order is not intended to address or govern claims of privilege or work product that may otherwise be asserted by any of the parties. This Protective Order does not restrict in any manner a party's use of its own Proprietary Information.

3.   No receiving party may disclose any document designated as containing Proprietary Information, or any information contained in such a document, to any person other than:

> A.  Counsel for a party in this action who are engaged in the conduct or preparation of this action or any appeal from a decision in this action;
>
> B.  Secretaries, paralegal assistants, clerical personnel, and other employees of a party in this action who are engaged in assisting counsel (as described in item A of this paragraph) in the preparation of this action;
>
> C.  Persons who prepared, received, or reviewed such Proprietary Information prior to its production in this case;
>
> D.  Government personnel or investigators to whom counsel determine in good faith that disclosure is required to assist in the disposition of this case;
>
> E.  Authorized personnel of the U.S. Court of International Trade;
>
> F.  Videographers or court reporters retained by a party to this action or the Court; and
>
> G.  Any third-party consultant or experts who are retained to assist in the preparation of this action.

4.   Counsel for the parties shall cause all persons under counsel's direction and control who see Proprietary Information to comply with the terms of this Protective Order, and to sign a

statement to be filed with the Court acknowledging that their access to Proprietary Information will be under the direction and control of counsel, and that they will comply with the terms of this Protective Order. The filing of a Form 17 (Business Proprietary Information Certification) under the Rules of the U.S. Court of International Trade will satisfy the requirements of this paragraph. The requirement to sign and file a statement with the Court does not apply to Government personnel.

5.  All persons having access to Proprietary Information shall maintain it in a safe and secure manner to ensure compliance with this Protective Order. Persons receiving Proprietary Information pursuant to this Protective Order will not use or disclose any such information for any purpose other than the litigation of this action.

6.  A designation of information as "confidential" or "business proprietary" is to be made by enclosing such information in brackets and stamping or otherwise inscribing the word "CONFIDENTIAL" and/or "BUSINESS PROPRIETARY INFORMATION" and/or "PROPRIETARY DOCUMENT" and/or "SUBJECT TO PROTECTIVE ORDER" upon the document itself. When a document contains information that is both non-confidential and confidential, the producing party will make a reasonable effort to segregate the confidential portions by clearly identifying the specific pages and/or portions thereof which are confidential. The filing with the Court of confidential and public versions of a party's appendix will satisfy the requirements of this paragraph. Those portions of documents which are not confidential will not be restricted by this Protective Order, and the parties, in their publicly filed pleadings, publicly filed briefs, or other publicly filed submissions, may quote, reference, or summarize non-confidential information contained in a document containing both non-confidential and confidential information, without redaction.

7.  Any documents, including briefs and memoranda that are filed with the Court in this civil action and that contain any Proprietary Information, shall be conspicuously marked as containing Proprietary Information that is not to be disclosed to the public.

8.  Arrangements shall be made with the Clerk of the Court to retain such documents under seal, permitting access only to the Court, Court personnel authorized by the Court to have access, counsel for the plaintiff, and counsel for the defendant. The party filing any document referred to in this paragraph shall also file a non-confidential version of such document from which all of the  Proprietary Information shall have been deleted in accordance with Rule 81 of the Rules of this Court. The non-confidential version may be filed within one day of the filing of the original confidential version in accordance with Rule 5(g) of the Rules of this Court.

9.  If counsel for any party to this Protective Order finds it necessary to refer to  Proprietary Information in any oral proceeding before this Court, such counsel shall notify the Court and all other counsel of record as soon as the necessity becomes apparent and propose whatever mechanism which may be available and appropriate to prevent disclosure of  Proprietary Information to persons other than those authorized by this Protective Order.

10. The obligations and protections imposed by this Protective Order shall continue beyond the conclusion of this case, including any appellate proceedings, or until the Court orders otherwise.

11. Within 30 days of the final conclusion of this litigation, including such appellate review as may occur, documents designated as Proprietary Information and all copies of same (other than exhibits of record) will be destroyed by any non-Government receiving party and such parties will certify to the Court the destruction of same.

12. Any party may petition the Court, on reasonable notice to all other parties, for a modification of the terms of this Protective Order. The Court shall have continuing jurisdiction to modify, amend, enforce, interpret, or rescind any or all provisions of this Protective Order, notwithstanding the final termination or conclusion of this case.

13. If a dispute arises concerning the designation of any Proprietary Information, the parties shall first take reasonable steps to meet and confer in good faith to resolve any dispute on an informal basis before seeking the Court's intervention.

14. If the parties cannot informally resolve any dispute regarding whether particular information is properly designated as Proprietary Information under this Protective Order, a party may apply to or move for the Court to resolve the issue. Material designated as Proprietary Information shall be treated as such by the parties until the Court has determined or ordered otherwise. The burden rests on the party designating the material as Proprietary Information to demonstrate that such designation is proper.

SO ORDERED.

/S/  Gary S. Katzmann
JUDGE

Dated:  October 27, 2022
New York, New York