**FORM 18. Joint Stipulation of Voluntary Dismissal**  Form 18
  March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number** 23-1355

**Short Case Caption** Amsted Rail Company, Inc. v. ITC

**Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

23-1355

Costs are to be assigned as follows:

[✓] Each side shall bear their own costs.
[ ] Other:

Date: _____     Signature: _____
                   Name: _____
                   Party Name: _____

Date: _____     Signature: _____
                   Name: _____
                   Party Name: _____

[✓] Additional pages attached

/s/ *Andrew T. Schutz*
Andrew T. Schutz
Ned H. Marshak
GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
599 Lexington Avenue, 36th Floor
New York, NY 10022
(212) 557-4000

*Counsel for Plaintiff-Appellant
Strato, Inc.*

/s/ *Jay I. Alexander*
Jay I. Alexander
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

*Counsel for Plaintiff-Appellant
TTX Company*

/s/ *Daniel B. Pickard*
Daniel B. Pickard
BUCHANAN INGERSOLL &
ROONEY PC
1700 K St. NW, St. 300
Washington, DC, 20006
(202) 452-7900

*Counsel for Coalition of Freight
Coupler Producers*

/s/ *Richard P. Ferrin*
Douglas J. Heffner
Brian P. Perryman
Richard P. Ferrin
FAEGRE DRINKER
BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005
(202) 230-5000

*Counsel for Plaintiffs-Appellants
Amsted Rail Company, Inc. and
ASF-K de Mexico S. de R.L. de C.V.*

/s/ *Jane C. Dempsey*
Andrea C. Casson
Assistant General Counsel for
Litigation
Jane C. Dempsey
Attorney Advisor
OFFICE OF THE GENERAL
COUNSEL
U.S. INTERNATIONAL TRADE
COMMISSION
500 E Street, SW
Washington, DC 20436
(202) 205-3142

*Counsel for Defendants-Appellees
U.S. International Trade Commission
and Acting Secretary Katherine M.
Hiner*